*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                              4:08CR00099-001  SWW

LEESE GRIMES                                                DEFENDANT

## ORDER

Pending before the Court is an unopposed motion to continue the revocation hearing scheduled January 22, 2015 until after his state case has been resolved. The Court has fully considered the motion and finds that, for good cause shown, the motion [doc #43] should be and hereby is *granted*.

IT IS THEREFORE ORDERED that the supervised release revocation hearing will be rescheduled **WEDNESDAY, APRIL 15, 2015 AT 1:00 P.M. IN COURTROOM #389.**

Dated this 21st day of January 2015.

/s/Susan Webber Wright

United States District Judge